# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 12-18631-MDC

MINDY A BRODIE

2323 SOUTH ST.
PHILADELPHIA, PA 19146

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MINDY A BRODIE

    2323 SOUTH ST.
    PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 3/17/2017

                /S/ William C. Miller
                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee