United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 12-18631-mdc
Mindy A. Brodie                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD              Page 1 of 2              Date Rcvd: Nov 16, 2017
                               Form ID: 138NEW             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db             +Mindy A. Brodie,    2323 South St.,    Philadelphia, PA 19146-1121
cr             +BANK OF AMERICA, N.A.,    7105 CORPORATE DR,    PLANO, TX 75024-4100
cr             +Crossroads Small Business Solutions,    formerly Superior Financial Group,
                 205 Lennox Lane, Ste 210,    Walnut Creek, CA 94598-2481
cr              Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX  75266-0366
12855678       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
12971087        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
12855679       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
12855680       +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13226248       +Bank of New York Mellon, f/k/a The Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13050574       +Brad J. Sadek,    1315 Walnut Street, Suite 302,    Philadelphia, PA 19107-4705
12855681       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capitol One,    Po Box 85520,    Richmond, VA 23285)
12855683       +Capitol One / Saks,    P.O. Box 10327,    Jackson, MS 39289-0327
12855684       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12855685        CitiBusiness Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
12916192       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
12864596        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12855690       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan-Infiniti Financial Services,    2901 Kinwest Parkway,
                 Irving, TX 75063)
12861103        Nissan-Infiniti LT,    PO Box 660366,    Dallas  TX 75266-0366
12879499       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
12855691        PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
12968057        THE BANK OF NEW YORK MELLON, et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
12861942       +The Bank of New York Mellon, et al,    ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
12855688       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Key Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
12907023       +Wells Fargo Bank NA,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
12855693       +Wells Fargo Bank, N.A.,    P.O. Box 31557,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 17 2017 01:52:57
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:15:25
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12907120        E-mail/Text: bkr@cardworks.com Nov 17 2017 01:51:26     Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13850724       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 17 2017 01:52:57
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
12871699       +E-mail/Text: bnc@bass-associates.com Nov 17 2017 01:51:27     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13120086       +E-mail/Text: bncmail@w-legal.com Nov 17 2017 01:52:38     Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12855686        E-mail/Text: mrdiscen@discover.com Nov 17 2017 01:51:33     Discover Financial Services, LLC,
                 P.O. Box 15316,    Wilmington, DE 19850
12864763        E-mail/Text: mrdiscen@discover.com Nov 17 2017 01:51:33     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12855689       +E-mail/Text: bkr@cardworks.com Nov 17 2017 01:51:26     Merrick Bank,    P.O. Box 30537,
                 Tampa, FL 33630-3537
12969113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:01:06
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc. as servicing agen
12968056        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
```

```
District/off: 0313-2            User: YvetteWD              Page 2 of 2                Date Rcvd: Nov 16, 2017
                                Form ID: 138NEW             Total Noticed: 38

cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*           +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
12855687*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA CSNA,     P.O. Box 982238,    El Paso, TX 79998)
12855682*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capitol One,     Po Box 85520,    Richmond, VA 23285)
12993416*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
12855692      ##+Superior Financial Group,    165 Lennon Lane, Ste# 101,    Walnut Creek, CA 94598-2409
                                                                                      TOTALS: 2, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              ANDREW F  GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Mindy A. Brodie brad@sadeklaw.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KIMBERLY A. BONNER    on behalf of Creditor    The Bank of New York Mellon, et al
               amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2006-19CB) mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mindy A. Brodie

    Debtor(s)

Bankruptcy No: 12−18631−mdc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/17

66 − 65
Form 138_new