Certificate Number: 03088-PAE-DE-030397708

Bankruptcy Case Number: 12-18631



03088-PAE-DE-030397708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2018, at 8:13 o'clock PM CST, Mindy A Brodie completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 7, 2018                By:   /s/Misty D. Vaughan

                                      Name: Misty D. Vaughan

                                      Title: Counselor