United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-18631-mdc
Mindy A. Brodie                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2            Date Rcvd: Jan 12, 2018
                              Form ID: 3180W         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db            +Mindy A. Brodie,    2323 South St.,    Philadelphia, PA 19146-1121
13050574      +Brad J. Sadek,    1315 Walnut Street, Suite 302,    Philadelphia, PA 19107-4705
12861103       Nissan-Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
12879499      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:19     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12907120       EDI: MERRICKBANK.COM Jan 13 2018 01:38:00      Advanta Bank Corporation,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
12971087       EDI: BECKLEE.COM Jan 13 2018 01:38:00      American Express Centurion Bank,
               c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13850724      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 13 2018 01:54:16
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
13120086      +E-mail/Text: bncmail@w-legal.com Jan 13 2018 01:54:03     Cheswold (Ophrys), LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12916192      +EDI: CITICORP.COM Jan 13 2018 01:43:00      Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
12864763       EDI: DISCOVER.COM Jan 13 2018 01:43:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
12969113       EDI: PRA.COM Jan 13 2018 01:43:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
12907023      +EDI: WFFC.COM Jan 13 2018 01:43:00      Wells Fargo Bank NA,    1 Home Campus,   MAC X2303-01A,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12993416*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
12855692      ##+Superior Financial Group,    165 Lennon Lane, Ste# 101,    Walnut Creek, CA 94598-2409
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Mindy A. Brodie brad@sadeklaw.com, bradsadek@gmail.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2                   Date Rcvd: Jan 12, 2018
                              Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        KIMBERLY A. BONNER    on behalf of Creditor   The Bank of New York Mellon, et al amps@manleydeas.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-19CB) mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        THOMAS I. PULEO    on behalf of Creditor   The Bank of New York Mellon, et al tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                           TOTAL: 12

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Mindy A. Brodie** | Social Security number or ITIN **xxx–xx–7798** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **12–18631–mdc** | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mindy A. Brodie

<u>1/11/18</u>                                             **By the court:**     <u>Magdeline D. Coleman</u>
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**